IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>     Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>     Defendants. | CIV. ACTION NO. 6:24-cv-00299-DC |

<u>**NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)**</u>

PLEASE TAKE NOTICE that under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff VoIP-Pal.com, Inc. voluntarily dismisses its Complaint against Defendants Verizon Communications, Inc; Cellco Partnership dba Verizon Wireless; Verizon Services, Inc.; and Verizon Business Network Services, Inc. (collectively, "Verizon") without prejudice.  Plaintiff states that this Notice is filed before Verizon has served an answer or filed a motion for summary judgment.

Dated: October 11, 2024                    Respectfully submitted,

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

1

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i) via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 11th day of October, 2024.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034
lewis@hudnelllaw.com